## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

O

### CIVIL MINUTES - GENERAL          JS-6

| Case No. | CV 12-8721 CAS (RZx) | Date | June 11, 2013 |
|---|---|---|---|
| Title | SOUTHWEST PAPER COMPANY LLC V. HANSOL PAPER, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER |
|---|---|

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS): ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

On April 15, 2013, the Court dismissed plaintiff's Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  Dkt. #49.  The Court granted plaintiff leave to file an amended complaint by May 13, 2013.  As of June 11, 2013, the Court has received neither an amended complaint nor any other notice from plaintiff. Consequently, the Court hereby DISMISSES this action without prejudice due to plaintiff's failure to prosecute.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |